

# NUMBER 13-18-00291-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

CHRISTOPHER M. PROPST AND
STRIDE INVESTMENTS, LLC,                                        Appellants,

v.

GREGORY K. PROPST AND
RIOSTAR SOLUTIONS, INC.,                                        Appellees.

### On appeal from the 275th District Court
### of Hidalgo County, Texas.

# ORDER

### Before Justices Rodriguez, Contreras, and Benavides
### Order Per Curiam

Appellants Christopher M. Propst and Stride Investments, LLC have filed a

motion for temporary relief in the above cause.   They have appealed an order signed

on June 19, 2018 granting a temporary injunction and seek to stay enforcement of this

order pending appeal.   The Court, having examined and fully considered the motion for temporary relief and the matters on file, is of the opinion that the motion for temporary relief should be granted at the present time.   Accordingly, we order the temporary injunction of June 19, 2018 to be STAYED pending further order of this Court.   We request that appellees, Gregory K. Propst and Riostar Solutions, Inc., file a response to the motion for temporary relief within ten days from the date of this order.

IT IS SO ORDERED.


PER CURIAM

Delivered and filed the
2nd day of October, 2018.